ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
BENJAMIN J. DOYLE
Nevada Bar No 15210
Benjamin.Doyle@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| GUADALUPE TRUJILLO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-0937-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff GUADALUPE TRUJILLO ("Plaintiff"), by and through her counsel, THE702FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with each party

…

…

…

4858-4562-9752.1

to bear their own attorney's fees and costs.

| | |
|---|---|
| DATED this 4th day of November 2022. | DATED this 3 day of November 2022. |
| LEWIS BRISBOIS BISGAARD & SMITH | THE702FIRM |
| /s/ | /s/ |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>BENJAMIN J. DOYLE<br>Nevada Bar No. 15210<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* | MICHAEL C. KANE<br>Nevada Bar No. 10096<br>BRADLEY C. MYERS<br>Nevada Bar No. 8857<br>JOEL S. HENGSTLER<br>Nevada Bar No. 11597<br>400 South 7th Street, #400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 8, 2022